UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:04-CR-504-JCM-GWF |
| vs. | ) |
| KEVITA SHERRAE SOMERS, | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#157) on December 6, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $4,059.80

Name of Payee: BANK OF AMERICA
Amount of Restitution: $2,029.90

**Total Amount of Restitution ordered:** $6,089.70

Dated this ___14th___ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE